**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DANIEL CAMPBELL,**

                    **Plaintiff,**                9:21-cv-1021
                                                      (GLS/CFH)
          **v.**

**DR. KAMRUL A. KHAN et al.,**

                    **Defendants.**

**APPEARANCES:**                         **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Daniel Campbell
Pro Se
159-01 134th Ave
2nd Floor
Jamaica, NY 11434

**FOR THE DEFENDANTS:**
HON. LETITIA JAMES             ALEXANDER POWHIDA
New York State Attorney General   Assistant Attorney General
Litigation Bureau
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel, duly filed December 13, 2023. (Dkt. No. 58.) Following fourteen (14) days from the service thereof, the Clerk has sent the file, including any

and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 58) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 51) is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 2) is **DISMISSED**; and it is further

**ORDERED** that the clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 4, 2024
Albany, New York

Gary L. Sharpe
U.S. District Judge

2